O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-11-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VIESCA,<br><br>        Petitioner,<br><br>    vs.<br><br>R. GROUNDS, Warden,<br><br>        Respondent. | Case No. CV 13-0651-MWF (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's stay-and-abeyance motion is denied; and (2) unless petitioner files within thirty (30) days of the entry of this Order a Notice withdrawing Ground Two of the First Amended Petition, Judgment be entered dismissing this action without prejudice for failure to exhaust state remedies.

DATED: December 10, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE