JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN VIESCA,

    Petitioner,

vs.

R. GROUNDS, Warden,

    Respondent.

Case No. CV 13-0651-MWF (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: August 12, 2014

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE